IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IRVIN F. WALKER,

    Petitioner,

vs.                        Civil Action 2:04-CV-519
                            Judge Sargus
                            Magistrate Judge King

JEFFREY WOLFE,

    Respondent.

### ORDER

On August 2, 2005, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the action be dismissed. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

9-8-2005
Date

Edmund A. Sargus, Jr.
United States District Judge